

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00764-CV

**IN THE INTEREST OF R.J.Y.**, a Child

From the County Court, Jim Wells County, Texas
Trial Court No. 19-08-59749-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we GRANT appellant's "Motion to Dismiss Notice of Appeal," and DISMISS this appeal. We ORDER that costs of this appeal are taxed against appellant.

SIGNED June 11, 2025.

_____
Rebeca C. Martinez, Chief Justice